# United States District Court
# For The Western District of North Carolina
# Asheville Division

DARIAN KENDELL ROBINSON,

    Petitioner,

vs.

UNITED STATED OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:09cv473
**(Criminal Case Number 1:07cr32]**

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2010 Order.

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court